IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MR. BRANDON MILLER, | CIVIL ACTION |
| Petitioner | |
| | NO. 13-6862 |
| v. | |
| COMMONWEALTH OF PENNSYLVANIA, et. al.: | |
| Respondents | |

## ORDER

AND NOW, this 10th day of July, 2014, upon independent consideration of the Petition for Writ of Habeas Corpus (Docket No. 1) filed November 25, 2013; Petitioner's Application for Release of Prisoner in a Habeas Corpus Proceeding (Docket No. 5) filed February 26, 2014; the Response to Petition for Writ of Habeas Corpus (Docket No. 10) filed April 14, 2014; Petitioner's Habeas Corpus Supplement Exhibit (Docket No. 12) filed April 17, 2014; and Petitioner's Motion to Stay Habeas Corpus Proceedings (Docket No. 16) filed June 13, 2014;[1] and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated June 19, 2014, IT IS HEREBY ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DENIED without prejudice and DISMISSED without an evidentiary hearing;

3. Petitioner's Application for Release is DENIED;

---

[1] Prior to filing his motion to stay, Petitioner had filed a letter request to stay the current habeas proceedings. See Docket No. 14.

4. Petitioner's Motion to Stay is DENIED; and

5. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
NITZA QUIÑONES ALEJANDRO, J.